### WILBUR SMITH v. STATE.

No. A-4420.    Opinion Filed July 31, 1923.
(217 Pac. 502.)

(Syllabus.)

Appeal and Error—Dismissal of Appeal Where Accused Accepts Parole. When an appeal from a judgment of conviction is pending in this court, and the plaintiff in error is granted a parole and accepts the same, and that fact is brought to the attention of this court, the appeal will be dismissed as having been abandoned.

Appeal from District Court, Texas County; Arthur G. Sutton, Judge.

Wilbur Smith was convicted of assault with intent to kill, and he appeals. Appeal dismissed.

F. Hiner Dale and Harris & Armstrong, for plaintiff in error.

The Attorney General and N. W. Gore, Asst. Atty. Gen., for the State.

DOYLE, J. The plaintiff in error, Wilbur Smith, was tried and convicted on an information which charged that in Texas county, on or about the 8th day of March, 1922, he with intent to kill did shoot at one Horatio Herne, with a pistol, and in accordance with the verdict of the jury he was on June 3, 1922, sentenced to be confined in the State Reformatory at Granite, for the term of 18 months. From the judgment an appeal was taken by filing in this court on July 27, 1922, a petition in error with case-made.

His counsel of record have moved to dismiss the appeal on the ground and for the reason that plaintiff in error has been granted a parole and has accepted the same. The uniform holding of this court is that when an appeal from a judgment of conviction is pending in this court, and the plaintiff in error applies for a parole and the same is granted and accepted by the plaintiff in error, and that fact is brought to the attention of this court, the appeal will be dismissed as having been abandoned. Brown v. State, 16 Okla. Cr. 505, 184 Pac. 912; Cowley v. State, 11 Okla. Cr. 561, 149 Pac. 924.

The appeal herein is therefore dismissed and the cause remanded to the trial court.

MATSON, P. J., and BESSEY, J., concur.